UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Estephanny P.,

          Petitioner,

v.

Pamela Bondi, *Attorney General*; Kristi
Noem, *Secretary, U.S. Department of
Homeland Security*; Department of
Homeland Security; Todd M. Lyons,
*Acting Director of Immigration and
Customs Enforcement*; Immigration and
Customs Enforcement; and David
Easterwood, *Acting Director, St. Paul
Field Office, Immigration and Customs
Enforcement*,

          Respondents.

File No. 26-cv-198 (ECT/JFD)

**OPINION AND ORDER**

---

David L. Wilson and Gabriela Sophia Anderson, Wilson Law Group, Minneapolis, MN,
for Petitioner Estephanny P.

Ana H. Voss,[1] United States Attorney's Office, Minneapolis, MN, for Respondents Pamela
Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and
Customs Enforcement, and David Easterwood.

---

     Petitioner Estephanny P. has filed a Verified Petition for Writ of Habeas Corpus

("Petition" or "Pet.") [ECF No. 1]. Estephanny is a Venezuelan citizen who was "admitted

to the United States as a refugee on September 12, 2023." Pet. ¶¶ 28–29. Estephanny was

---

[1]     The Government's response in this matter was signed by J. Cruz Rodriguez on
behalf of the United States Attorney's Office. *See* ECF No. 6. Mr. Rodriguez has not filed
a notice of appearance in this case.

"detained [by Respondents] on January 12, 2026, in Minnesota." *Id.* ¶ 30. She maintains that her detention violates her Fifth Amendment rights to substantive and procedural due process, the Immigration and Nationality Act and its implementing regulations, the Administrative Procedure Act, and the *Accardi* doctrine. *See id.* ¶¶ 6, 61–82. Estephanny asserts that her refugee status entitles her to immediate release. *See id.* at 23. Estephanny does not seek a bond hearing under 8 U.S.C. § 1226(a). *See id.*

Respondents filed a one-paragraph response to Estephanny's Petition, stating:

> Petitioner filed this petition for a writ of habeas corpus to secure a bond hearing in connection with Petitioner's detention by the U.S. Immigration and Customs Enforcement. This petition raises legal and factual issues similar to those in prior habeas petitions this Court has decided. Those issues are currently before the Eighth Circuit on expedited review in *Avila v. Bondi*, No. 25-3248 (8th Cir. docketed Nov. 10, 2025). For purposes of expediting these proceedings, the Federal Respondents assert all arguments raised by the government in *Avila*, preserve those arguments for any appeal in this case, and respectfully request that the Court deny Petitioner's habeas petition.

ECF No. 6 at 1. But *Avila* is inapposite. *See Avila v. Bondi*, No. 25-cv-3741 (JRT/SGE), 2025 WL 2976539 (D. Minn. Oct. 21, 2025). That case considered a petitioner's entitlement to a bond hearing under the legal framework of U.S.C. §§ 1225 and 1226, and the petitioner there did not claim refugee status. *See id.* at *5 (stating that "[h]ere, Petitioner has lived in the country for years without seeking any lawful immigration status, such as naturalization, asylum, refugee designation, permanent residency, or a visa"). This is not what Estephanny argues here.

Respondents did not respond to Estephanny's arguments about her refugee status, *see* ECF No. 6, meaning Respondents waived any challenge to these arguments. *See Doe v. Mayorkas*, No. 22-cv-752 (ECT/DTS), 2022 WL 4450272, at *2 (D. Minn. Sep. 23, 2022) (citing *Espey v. Nationstar Mortg., LLC*, No. 13-cv-2979 (ADM/JSM), 2014 WL 2818657, at *11 (D. Minn. June 19, 2014) (collecting cases)).

## ORDER

Accordingly, based on the foregoing, and on all the files, records, and proceedings herein, **IT IS ORDERED THAT**:

1.    Petitioner Estephanny P.'s Verified Petition for Writ of Habeas Corpus [ECF No. 1] is **GRANTED**.

2.    Respondents shall release Petitioner from custody immediately, but no later than within 48 hours of this Order's entry.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  January 15, 2026, at 3:25 p.m.          s/ Eric C. Tostrud
                                                Eric C. Tostrud
                                                United States District Court