# UNITED STATES DISTRICT COURT

## District of Minnesota

Estephanny Paola Hidalgo Perez

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, David Easterwood

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00198-ECT-JFD

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Estephanny P.'s Verified Petition for Writ of Habeas Corpus [ECF No. 1] is **GRANTED**.
2. Respondents shall release Petitioner from custody immediately, but no later than within 48 hours of this Order's entry.

Date: 1/16/2026

KATE M. FOGARTY, CLERK