UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Estephanny P., | File No. 26-cv-198 (ECT/JFD) |
| Petitioner, | |
| v. | **ORDER** |
| Pamela Bondi, *Attorney General*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Department of Homeland Security; Todd M. Lyons, *Acting Director of Immigration and Customs Enforcement*; Immigration and Customs Enforcement; and David Easterwood, *Acting Director, St. Paul Field Office, Immigration and Customs Enforcement*, | |
| Respondents. | |

On January 26, 2026, Petitioner Estephanny P. filed an Emergency Motion to Enforce the Judgment of the Court. ECF No. 13. Estephanny is a Venezuelan citizen who was "admitted to the United States as a refugee on September 12, 2023." Pet. [ECF No. 1] ¶¶ 28–29; *see* ECF No. 10 at 1. On January 12, 2026, Estephanny was detained by Respondents in Minnesota. Pet. ¶ 30. On January 15, 2026, this Court granted Estephanny's Petition, ordering her "release . . . from custody immediately, but no later than within 48 hours of [the] Order's entry." ECF No. 10 at 3.

Estephanny alleges that Respondents imposed supervision requirements upon her release—specifically, an Order of Release on Recognizance—and that this order's requirements violate this Court's January 15, 2026 Order directing Respondents to "release

[Estephanny] from custody immediately," ECF No. 10 at 3.  See ECF No. 15 at 3–7.  Estephanny seeks an order "restricting Respondents from subjecting Petitioner to an Order of Release on Recognizance because Respondents do not have legal custody or authority to command Petitioner to appear in violation of the Court's judgment."  ECF No. 13 at 3.

On January 27, 2026, Respondents were ordered to respond to Estephanny's motion "on or before 1/31/2026."  ECF No. 18.  Respondents did not file a response, *see* Dkt., thus waiving any challenge to Estephanny's arguments.  *See Doe v. Mayorkas*, No. 22-cv-752 (ECT/DTS), 2022 WL 4450272, at *2 (D. Minn. Sep. 23, 2022) (citing *Espey v. Nationstar Mortg., LLC*, No. 13-cv-2979 (ADM/JSM), 2014 WL 2818657, at *11 (D. Minn. June 19, 2014) (collecting cases)).  Accordingly, based on all the files, records, and proceedings herein, **IT IS ORDERED THAT**:

1. Petitioner Estephanny P.'s Emergency Motion to Enforce the Judgment of the Court [ECF No. 13] is **GRANTED IN PART**.

2. Respondents are enjoined from subjecting Petitioner to the Order of Release on Recognizance dated January 16, 2026 [ECF No. 16-1].

Dated:  February 3, 2026                               s/ Eric C. Tostrud
                                                       Eric C. Tostrud
                                                       United States District Court